concurrent prison terms of ten years and three years and fined $250.00, respectively.

We have reviewed the briefs of the parties and the record on appeal and find no error of law or abuse of discretion. An extended opinion would be of no precedential value. We have, however, provided the parties with a memorandum opinion, for their use only, explaining the reasons for our decision.

The judgment is affirmed pursuant to Rule 30.25(b).

motion for post-conviction relief filed under Rule 24.035.[1] We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court's judgment is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

**James HILL, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. ED 77514.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 14, 2000.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LAWRENCE E. MOONEY, P.J., PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

*ORDER*

PER CURIAM.

James Hill appeals from a judgment denying without an evidentiary hearing his

**Sandra K. WORLEY, Appellant,**

v.

**Steven M. WORLEY, Respondent.**

**No. ED 77202.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 14, 2000.

Irwin M. Roitman, St. Louis, for appellant.

Richard J. Eisen, Timothy C. Sansone, Ziercher & Hocker, P.C., Clayton, for respondent.

Before MOONEY, P.J. and SIMON and SULLIVAN, JJ.

*ORDER*

PER CURIAM.

Sandra K. Worley (Mother) appeals the judgment of the Circuit Court of St. Louis County denying her Motion to Relocate

---

1. All rule references are to Mo.R.Crim.P. 2000, unless otherwise indicated.